```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

AIDA WALBORN,                )
                             )
        Plaintiff,      )           8:06CV308
                             )
    v.                       )
                             )
SARA LEE CORPORATION,        )           ORDER
                             )
        Defendant.      )
_____)

        This matter is before the Court on plaintiff's motion for leave to amend complaint (Filing No. 23). The Court finds said motion should be granted. Accordingly,

        IT IS ORDERED that plaintiff's motion for leave to amend complaint is granted; plaintiff shall have until October 2, 2006, to file her amended complaint.

        DATED this 20th day of September, 2006.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court