IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AIDA WALBORN,                  )
                               )
           Plaintiff,          )         8:06CV308
                               )
      v.                       )
                               )
SARA LEE CORPORATION,          )         ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation for defendant's extension of time to respond to discovery (Filing No. 23).  The Court finds said stipulation should be granted.  Accordingly,

IT IS ORDERED that the joint stipulation is granted; defendant shall have until October 2, 2006, to serve responses to plaintiff's discovery documents.

DATED this 20th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court