IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA WALBORN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA LEE CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to file a second amended complaint (Filing No. 30). The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file a second amended complaint is granted; plaintiff shall have until November 3, 2006, to file her amended complaint.

DATED this 24th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court