IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA WALBORN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA LEE CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint stipulation for plaintiff's extension of time to respond to discovery (Filing No. 31). The Court finds said stipulation should be granted. Accordingly,

IT IS ORDERED that the joint stipulation is granted; plaintiff shall have until November 6, 2006, to serve responses to defendant's discovery documents.

DATED this 24th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court