IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AIDA WALBORN,                   )
                                )
              Plaintiff,        )           8:06CV308
                                )
         v.                     )
                                )
METZ BAKING COMPANY, L.L.C.,    )           ORDER
                                )
              Defendant.        )
_____ )
```

This matter is before the Court after telephonic conference with counsel.  The Court's order (Filing No. 33) granting plaintiff leave to file an amended complaint will stand. The Court will reserve ruling on defendant's motion for enlargement of progression order deadlines (Filing No. 36) pending defendant's answer or other response to plaintiff's second amended complaint.  Accordingly,

IT IS ORDERED that defendant shall have until November 8, 2006, to answer or otherwise plead to plaintiff's second amended complaint.

DATED this 1st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court