IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA WALBORN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| METZ BAKING COMPANY, L.L.C., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to withdraw as counsel filed by Michael C. Leitch (Filing No. 53). The Court notes defendant will continue to be represented by Spencer Fane Britt & Browne, LLP.  Accordingly,

IT IS ORDERED that said motion is granted; Michael C. Leitch is deemed withdrawn as counsel for defendant.

DATED this 30th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court