IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA WALBORN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| METZ BAKING COMPANY, L.L.C, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendants' motion for partial summary judgment (Filing No. 78). Having reviewed the motion, the parties' briefs and evidentiary submissions, and the applicable law, the Court finds that there are genuine issues of fact, including witness credibility issues, which preclude summary judgment in this case. Accordingly,

IT IS ORDERED that the defendants' motion for summary judgment is denied.

DATED this 30th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA
```

AIDA WALBORN,                    )
                                 )
            Plaintiff,           )         8:06CV308
                                 )
      v.                         )
                                 )
METZ BAKING COMPANY, L.L.C,      )         ORDER
                                 )
            Defendant.           )
_____)

This matter is before the Court on defendants' motion for partial summary judgment (Filing No. 78).  Having reviewed the motion, the parties' briefs and evidentiary submissions, and the applicable law, the Court finds that there are genuine issues of fact, including witness credibility issues, which preclude summary judgment in this case.  Accordingly,

IT IS ORDERED that the defendants' motion for summary judgment is denied.

DATED this 30th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court