IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AIDA WALBORN,                   )
                                )
            Plaintiff,          )         8:06CV308
                                )
       v.                       )
                                )
SARA LEE CORPORATION,           )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss with prejudice (Filing No. 116). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 29th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court